**Order filed October 17, 2014**



In The

# Fourteenth Court of Appeals

NO. 14-13-00456-CV
**EXXON MOBIL CORPORATION, Appellant**

**V.**

**DELIA PAGAYON, ET AL, Appellee**

---

**On Appeal from the Probate Court No 2**
**Harris County, Texas**
**Trial Court Cause No. 408,329-401 & 408,329**

---

## O R D E R

The clerk's record was filed June 24, 2013 . Our review has determined that a relevant item has been omitted from the clerk's record.  *See* Tex. R. App. P. 34.5(c).  The record does not contain ExxonMobil Corporation's brief in response to plaintiffs' motion to strike the designation of responsible third party filed on or about December 7, 2012.

The Harris County Clerk is directed to file a supplemental clerk's record on or before October 27, 2014, containing ExxonMobil Corporation's brief in response to plaintiffs' motion to strike the designation of responsible third party filed on or about December 7, 2012.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM